Jason M. Yancey, #11808
HELGESEN, HOUTZ &JONES
ATTORNEYS FOR CLEAR DAY CAPITAL, INC.
1513 N. HILL FIELD ROAD, SUITE 3
LAYTON, UT 84041
TELEPHONE: (801) 544-5306
FACSIMILE: (801) 614-0443
EMAIL: JYANCEY@UTAHATTORNEYS.COM

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| In Re: <br><br>DAVID H SAFEER and LISA CLAIR SAFEER, <br>      Debtors. <br><br>CLEAR DAY CAPITAL, INC, <br>      Plaintiff, <br>vs., <br><br>DAVID H SAFEER, <br>      Defendant. | STIPULATED MOTION TO DISMISS <br><br>Case No 13-21402 <br><br>Chapter 7 <br><br>Adv Proc No 13-02191 <br><br>Honorable Joel T Marker <br>      Bankruptcy Judge |
|---|---|

      The Parties, by and through their counsel and pursuant to the provisions of Rule 41, Federal Rules of Civil Procedure, and Bankruptcy Rule 7041, hereby jointly move the Court for dismissal of this proceeding, with prejudice.

      DATED this 27th day of August 2014.

           /S/    Jason M. Yancey, Esq
                   Attorney for Plaintiff

           /S/    Ronald L Dunn, Esq
                   Attorney for Defendant