**The below described is SIGNED.**

**Dated: August 27, 2014**





**JOEL T. MARKER
U.S. Bankruptcy Judge**

Jason M. Yancey, #11808
HELGESEN, HOUTZ &JONES
ATTORNEYS FOR CLEAR DAY CAPITAL, INC.
1513 N. HILL FIELD ROAD, SUITE 3
LAYTON, UT 84041
TELEPHONE: (801) 544-5306
FACSIMILE: (801) 614-0443
EMAIL: JYANCEY@UTAHATTORNEYS.COM

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| In Re: | ORDER OF DISMISSAL |
|---|---|
| DAVID H SAFEER and LISA CLAIR SAFEER, <br>    Debtors. | Case No 13-21402 |
|  | Chapter 7 |
| CLEAR DAY CAPITAL, INC, <br>    Plaintiff, <br> vs., | Adv Proc No 13-02191 |
|  | Honorable Joel T Marker <br>                Bankruptcy Judge |
| DAVID H SAFEER, <br>    Defendant. |  |

Based upon the Parties' joint motion, and good cause appearing therefor,

IT IS HEREBY ORDERED that this proceeding is dismissed, with prejudice.

DATED _____ day of _____ 2014.

            BY THE COURT:


            _____
            Honorable Joel T Marker
            United States Bankruptcy Judge

1